**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03515-GPG

**LINDA FAYE J. DONNA**,

    Plaintiff,

v.

**COUNTRYWIDE MORTGAGE**, a.k.a. BANK OF AMERICA,
**BANK OF AMERICA, N.A., A Nationally Chartered Bank, and
NATIONSTAR MORTGAGE**, A Nationally Servicing Company,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that this case does not appear to be appropriate for summary dismissal.  Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge.  *See* D.C.COLO.LCivR 8.1(c).  Accordingly, it is

**ORDERED** that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge.

DATED May 5, 2015, at Denver, Colorado.

                                                     BY THE COURT:

                                                     S/ Gordon P. Gallagher

                                                     Gordon P. Gallagher
                                                     United States Magistrate Judge