IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-03515-CBS | Date: August 20, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                           *Counsel:*

LINDA FAY J. DONNA,                                  Steven Hill

Plaintiff,

v.

NATIONSTAR MORTGAGE LLC,                             Taylor Haywood
                                                     Stephen Rynerson

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONE STATUS CONFERENCE**
**Court in session: 10:01 a.m.**
Court calls case.  Appearances of counsel.

**ORDERED:**   *[47] Stipulated Motion to Stay Discovery* is **GRANTED.**

Parties agree that oral argument on the pending motions to dismiss are not needed.

Hearing Concluded.

**Court in recess: 10:04 a.m.**
Time in court: 00:03

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.