IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03515-CBS

LINDA FAYE J. DONNA,

    Plaintiff,

v.

COUNTRYWIDE MORTGAGE a.k.a. BOFA,
BOFA, N.A., a Nationally Chartered Bank, and
NATIONSTAR MORTGAGE, a Nationally Servicing Company

    Defendant.

---

## FINAL JUDGMENT

---

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Orders entered during the course of proceedings in this case, the following FINAL JUDGMENT is hereby entered.

I.  PURSUANT to and in accordance with the Memorandum Opinion and Order entered by the Honorable Craig B. Shaffer, on December 28th, 2015, incorporated herein by reference, it is

ORDERED that Defendant Nationstar Mortgage's Motion to Dismiss Plaintiff's Second Amended Complaint Pursuant to Fed. R. Div.P. 12(b)(6) (filed June 1, 2015) (Doc. #31) and Defendant Bank of America, N.A.'s Motion to Dismiss pursuant to Fed.R.Civ. P. 12(b)(1) and (b)(6) (filed June 15, 2015) (Doc. #36) are GRANTED and this civil action is dismissed for lack of subject matter jurisdiction over Plaintiff's Sixth Claim for Relief and for failure to state a claim to which relief can be granted.  It is

FURTHER ORDERED that without any objection by Plaintiff, the court GRANTS

Defendant Nationstar's Request for Judicial Notice in Support of its Motion to Dismiss Plaintiff's Second Amended Complaint Pursuant to Fed.R. Civ.P. 12(b)(6) (filed on June 1, 2015) (Doc #32) .

      FURTHER ORDERED that final judgment is hereby entered in favor of Defendants, Nationstar Mortgage and Bank of America, N.A. , and against Plaintiff Linda Faye J. Donna.

      FURTHER ORDERED that each party will pay its own costs and fees associated with this action.

DATED at Denver, Colorado this __25th__ day of January, 2016.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK



s/N. Marble
N. Marble,
Deputy Clerk